UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY COMMUNITY ENERGY AUTHORITY, | Case No.  23-cv-03924-VC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION** |
| EDWARDS SOLAR II, LLC, | |
| Defendant. | |

The parties must demonstrate that the Court has diversity jurisdiction over this action given the citizenship of the members of the LLC defendant. A joint filing is due on December 1, 2023.

**IT IS SO ORDERED.**

Dated: November 17, 2023

VINCE CHHABRIA
United States District Judge